# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* HILLARY ESTRIGHT, <br>       Plaintiff and Relator, <br><br> v. <br><br> CVS PHARMACY, INC., *et al.*, <br>       Defendants. | Civil Action No. 22-cv-00222-WES-PAS |

## CONSENT MOTION FOR EXTENSION OF TIME FOR CVS DEFENDANTS TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

Under the schedule ordered by this Court in its Text Order entered on February 24, 2025, on April 1, 2025, the CVS Defendants filed their motion to dismiss, and on June 4, 2025, the United States filed its opposition. The CVS Defendants' reply in support of their motion to dismiss is currently due on July 2, 2025. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), and with the consent of the United States, the CVS Defendants respectfully request a two-week extension of time to file their reply brief—*i.e.*, until July 16, 2025.

June 17, 2025

Respectfully Submitted,

 */s/ Robert Clark Corrente*
Robert Clark Corrente (#2632)
Christopher N. Dawson (#8508)
WHELAN CORRENTE *&* FLANDERS LLP
100 Westminster Street – Suite 710
Providence, RI 02903
Phone: (401) 270-4500
Fax:  (401) 270-3760
rcorrente@whelancorrente.com
cdawson@whelancorrente.com

        Eric R. Delinsky (*Pro Hac Vice*)
        Alexandra W. Miller (*Pro Hac Vice*)
        Ivano M. Ventresca (*Pro Hac Vice*)
        Brian J. Beaton, Jr. (*Pro Hac Vice*)
        ZUCKERMAN SPAEDER LLP
        2100 L Street, NW – Suite 400
        Washington, DC 20037
        Phone: (202) 778-1800
        Fax: (202) 822-8106
        edelinsky@zuckerman.com
        smiller@zuckerman.com
        iventresca@zuckerman.com
        bbeaton@zuckerman.com

        *Attorneys for CVS Defendants*

119384