# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* HILLARY ESTRIGHT,     Plaintiff and Relator, <br><br> v. <br><br> CVS PHARMACY, INC., *et al.*,     Defendants. | C.A. No. 22-cv-222-MRD-PAS |

## CVS'S ASSENTED MOTION TO CONTINUE HEARING DATE

Under the schedule ordered by the Court, on April 1, 2025, the CVS Defendants filed their motion to dismiss, on June 4, 2025, the United States filed its opposition, and on July 23, 2025, the CVS Defendants filed their reply in support of their motion to dismiss. On August 27, 2025, the Court ordered that the parties attend an in-person hearing regarding the CVS Defendants' motion to dismiss on October 8, 2025, which the Court continued to December 16, 2025, upon granting CVS's assented motion to continue. The CVS Defendants respectfully request, with the consent of the United States, that the Court further continue the hearing date. The parties request that the hearing date be continued until after February 17, 2026. The trial in Fort Lauderdale, Florida that was the subject of defense counsel's prior motion is lasting longer than expected. The trial began in mid-September, and as of today, jury deliberations are ongoing.

Dated:  December 2, 2025

Respectfully Submitted,

*s/ Christopher N. Dawson*
Robert Clark Corrente (#2632)
Christopher N. Dawson (#8508)
WHELAN CORRENTE & FLANDERS LLP
100 Westminster Street, Suite 710
Providence, RI 02903
Tel: (401) 270-4500
rcorrente@whelancorrente.com
cdawson@whelancorrente.com

        Eric R. Delinsky (*Pro Hac Vice*)
        Alexandra W. Miller (*Pro Hac Vice*)
        Ivano M. Ventresca (*Pro Hac Vice*)
        Brian J. Beaton, Jr. (*Pro Hac Vice*)
        ZUCKERMAN SPAEDER LLP
        2100 L Street NW, Suite 400
        Washington, DC 20037
        Tel: (202) 778-1800
        edelinsky@zuckerman.com
        smiller@zuckerman.com
        iventresca@zuckerman.com
        bbeaton@zuckerman.com

        *Attorneys for CVS Defendants*

129083