**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* HILLARY ESTRIGHT,<br><br>Plaintiff and Relator,<br><br>v.<br><br>CVS PHARMACY, INC., *et al.*,<br><br>Defendants. | Civil Action No. 22-CV-222-MRD-PAS |

**STATUS REPORT**

The United States of America submits this status report to the Court. The United States requests that, pursuant to Federal Rule of Civil Procedure 16, the Court schedule a pretrial conference to discuss the entry of a scheduling order.

Date: September 14, 2026

BRETT SHUMATE
Assistant Attorney General
Civil Division

HILARY PERKINS
Director
Enforcement & Affirmative Litigation Branch

BRENNA JENNY
Deputy Assistant Attorney General

JAMIE ANN YAVELBERG
Director
NATALIE A. WAITES
Assistant Director
CLAIRE L. NORSETTER

MEGAN F. ENGEL
Trial Attorneys
U.S. Department of Justice
Commercial Litigation Branch, Fraud Section
175 N Street, N.E.
Washington, D.C. 20002
(202) 307-1112
Claire.L.Norsetter@usdoj.gov

TODD BLANCHE
Attorney General

CHARLES C. CALENDA
First Assistant United States Attorney

/s/ Rachna Vyas
RACHNA VYAS
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5001 (Fax)
Email: Rachna.Vyas@usdoj.gov

*Attorneys for the United States of America*

**CERTIFICATION OF SERVICE**

I hereby certify that on September 14, 2026, I electronically filed the foregoing motion and it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

/s/ Rachna Vyas
Assistant United States Attorney